

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 03 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | NO. 4:10CR00175 WRW |
| ) | 18 U.S.C. § 1512(a)(2)(A) |
| HAMIS ALSHAREQI           ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about July 22, 2010, in the Eastern District of Arkansas,

HAMIS ALSHAREQI

used physical force against an individual by striking the individual with a metal object, with the intent to influence and prevent the testimony of the individual in an official proceeding, that is, a jury trial in the case of *United States v. Mann*, et. al., 4:09CR00099 BSM.

All in violation of Title 18, United States Code, Section 1512(a)(2)(A).

(End of text. Signature page attached).