IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                     4:10CR00175-01-BRW

HAMIS ALSHAREQI

## ORDER

Pending is the Defendant's Motion for Continuance (doc #22). After a review of the Motion, and there being no objection from the Government, the Court finds that the Motion should be, and hereby is, GRANTED. The trial which is set on the Court's trial docket for Tuesday, May 24, 2011, is now rescheduled to begin on **Tuesday, October 25, 2011, at 9:30 a.m.** Any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provision of the Speedy Trial Act, as provided by Title 18 U.S.C. Section 3161(h)(7)(A).

Pursuant to General Order No. 54, counsel for defendant, Jim Wyatt, is authorized to bring electronic devices to the courthouse for this proceeding.

IT IS SO ORDERED this 23rd day of May, 2011.

                                              /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE