UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA   )
   )
v.   )   No. 4:10CR00175 BRW
   )
HAMIS ALSHAREQI   )

## GOVERNMENT'S ENTRY OF APPEARANCE AS CO-COUNSEL

The United States of America, by and through Christopher R. Thyer, United States

Attorney for the Eastern District of Arkansas, and Michael S. Gordon, Assistant United

States Attorney, enters an appearance of Assistant United States Attorney Michael S.

Gordon in this matter as co-counsel for the United States.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

By  /s/ Michael S. Gordon
MICHAEL S. GORDON (00795383)
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR  72203
(501) 340-2600
Michael.Gordon@usdoj.gov

Certificate of Service

I hereby certify that on September 14, 2011, filed the foregoing with the Clerk of
the Court using CM/ECF system, which shall send notification of such filing to the
defense counsel, James Wyatt.

/s/ Michael S. Gordon
Michael S. Gordon