UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:10CR00175 WRW |
| | ) | |
| HAMIS ALSHAREQI | ) | |

**MOTION FOR CONTINUANCE**

The United States of America, by and through Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Jana K. Harris, Assistant United States Attorney, respectfully requests a continuance of the trial date in the above-styled case.

A jury trial is presently scheduled to begin on October 25, 2011. Co-counsel for the United States will be unavailable that week and is needed to participate in this trial. The United States submits that any delay occasioned by the granting of this brief continuance is excludable for purposes of the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The United States submits that pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), if a continuance is not granted, the United States would be denied continuity of counsel. While co-counsel has recently entered his appearance officially, he has participated in the preparation of the case since at least the end of 2010.

The defendant has no objection to a continuance of the trial date.

WHEREFORE, the United States prays that its motion be granted and the trial date continued.

        Respectfully submitted,

        CHRISTOPHER R. THYER
        United States Attorney


    By /s/ Jana K. Harris
      JANA K. HARRIS (88021)
      Assistant U.S. Attorney
      P.O. Box 1229
      Little Rock, AR  72203
      (501) 340-2600
      Jana.Harris@usdoj.gov


## Certificate of Service

  I hereby certify that on September 28, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to the following:

James Wyatt

        /s/ Jana K. Harris
        Jana K. Harris