IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   4:10CR00175-01-BRW

HAMIS ALSHAREQI

ORDER

Pending is the Government's Motion for Continuance (doc #25) in the above referenced matter. After a review of the Motion and there being no objection from the defendant, the Court finds that the Motion should be, and hereby is GRANTED. The trial is removed from the Court's current trial docket of October 25, 2011, and is rescheduled to begin on **Tuesday, January 31, 2012, at 9:30 a.m.** Any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provision of the Speedy Trial Act, as provided by Title 18 U.S.C. Section 3161(h)(7)(A).

Pursuant to General Order No. 54, counsel for defendant, Jim Wyatt, is authorized to bring electronic device(s) to the courthouse for this proceeding.

IT IS SO ORDERED this 28th day of September, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

ordcontcr1.Govt.wpd