✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

___EASTERN___ DISTRICT OF ___ARKANSAS___

UNITED STATES OF AMERICA

V.

HAMIS ALSHAREQI

**NOTICE**

CASE NUMBER:   4:10CR00175-01 BRW

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

**X  TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>600 West Capitol Avenue<br>Little Rock, Arkansas 72201 | **#4C**<br>DATE AND TIME<br>Thursday, January 26, 2012 at 2:30 p.m. |

TYPE OF PROCEEDING

CHANGE OF PLEA before U.S. District Judge Bill Wilson.  Pursuant to General Order No. 54, counsel for defendant is authorized to bring electronic device(s) to the courthouse for this proceeding.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 10, 2012
DATE

/s/ Patricia L. Murray
(BY) DEPUTY CLERK

TO:   Defendant's Attorney - Jim Wyatt
      U.S. Attorney
      U.S. Marshals Service
      U.S. Probation
      CSO