IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

      vs.                    4:10CR00175-01-BRW

HAMIS ALSHAREQI

<u>ORDER</u>

Pending is the Defendant's oral Motion for Continuance.  There being no objection from the Government, the Court finds that the Motion should be, and hereby is, GRANTED.  The trial which is set on the Court's trial docket for Tuesday, January 31, 2012, is now rescheduled to begin on **Tuesday, July 31, 2012, at 9:30 a.m.**  Any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provision of the Speedy Trial Act, as provided by Title 18 U.S.C. Section 3161(h)(7)(A).

Pursuant to General Order No. 54, counsel for defendant, Jim Wyatt, is authorized to bring electronic devices to the courthouse for this proceeding.

IT IS SO ORDERED this 26th  day of January, 2012.


                                        /s/Billy Roy Wilson
                                 UNITED STATES DISTRICT JUDGE

ordcontcr.wpd