✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

EASTERN                    DISTRICT OF                    ARKANSAS

UNITED STATES OF AMERICA

### NOTICE

V.

HAMIS ALSHAREQI                    CASE NUMBER:   4:10CR00175-01 BRW

TYPE OF CASE:

☐  **CIVIL**          **X   CRIMINAL**

**X**   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse | **#389** |
| 600 West Capitol Avenue | DATE AND TIME |
| Little Rock, Arkansas 72201 | Thursday, November 8, 2012 at 10:30 AM |

TYPE OF PROCEEDING

SENTENCING HEARING  before U.S. District Judge Billy Roy Wilson.  Pursuant to General Order No. 54, counsel for defendant is authorized to bring electronic device(s) to the courthouse for this proceeding.

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 31, 2012
DATE

/s/ Melanie Beard
(BY) DEPUTY CLERK

TO:    Defendant's Attorney - James W. Wyatt
       U.S. Attorney
       U.S. Marshals Service
       U.S. Probation
       CSO